UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jayklia L. Johnson, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Enterprise Recovery Systems, Inc.<br><br>                    Defendants. | Case No. 4:16-cv-12235-TGB-APP<br>Hon. Terrence G. Berg |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Enterprise Recovery Systems, Inc. ("ERS"), hereby certifies that ERS's parent corporation is ERS Acquisition Corp. There is no publicly held corporation owning 10% or more of ERS's stock.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**OLSON LAW GROUP**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

Dated: September 16, 2016

## **CERTIFICATE OF SERVICE**

      I, Charity A. Olson, hereby state that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

                              /s/ Charity A. Olson
                           Charity A. Olson (P68295)
                               **OLSON LAW GROUP**